UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,

                  Plaintiff,

- against -

MARGARITA ORTIZ, individually and d/b/a
MARGARITA'S GROCERY STORE, and
MARGARITA'S GROCERY STORE,

                  Defendant.
------------------------------------------------------------X

97cv3553(FB)
01 Civ. 7275 (JG)(CLP)

**JUDGMENT**

An Order of the Honorable Frederic Block, United States District Judge, having been executed on April 23, 2001; with no objections having been filed; adopting the December 26, 2000, Report and Recommendation of the Honorable Roanne L. Mann, United States Magistrate Judge, entering Judgment against defendant Margarita Ortiz, individually and d/b/a Margarita's Grocery Store, and Margarita's Grocery Store in the amount of $6,765.56, comprised of $2,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $4,765.56 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the December 26, 2000, Report and Recommendation of the Honorable Roanne L. Mann, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Margarita Ortiz, individually and d/b/a Margarita's Grocery Store, and Margarita's Grocery Store in the amount of $6,765.56, comprised of $2,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $4,765.56 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

      September 27, 2005

                                          Robert C. Heinemann
                                          Clerk of the Court